Form 314

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Edward P. Mansur** | : | Case No. 19−20017−GLT |
| **dba Ed Mansur Home Improvement** | : | Chapter: 13 |
| *Debtor(s)* | : | Next Hearing Date: June 13, 2019 at |
| | : | 2:00 PM |

## ORDER

     **AND NOW,** this ***The 8th of March, 2019,*** as a result of the Proceeding held on March 4, 2019, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐    A.    The Parties cannot resolve the plan disputes, therefore, ***on or before May 24, 2019,*** all ***Objections*** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

***On June 13, 2019 at 02:00 PM,*** a Conciliation Conference is scheduled in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑    B.    ***On or before May 6, 2019,*** the Debtor shall file an ***Amended Plan***, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* **On or before May 24, 2019, Objections** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. **Objections which are not timely filed will not be considered.**

***On June 13, 2019 at 02:00 PM,*** a Conciliation Conference is scheduled in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

☐    C.

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre−confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-20017-GLT
Edward P. Mansur                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dbas            Page 1 of 3            Date Rcvd: Mar 08, 2019
                            Form ID: 314          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.

```
db             +Edward P. Mansur,    610 Spruce Street,    Canonsburg, PA 15317-1057
cr             +Borough of Canonsburg,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
14972761       +AT&T Universal,    P.O. Box 6000,    The Lakes, NV 89163-0001
14972759       +Advanced Orthopedic & Rehab, LLC,    100 Trich Drive Suite 2,    Washington, PA 15301-5990
14972763      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    P.O. Box 15276,    Wilmington, DE 19886-5726)
14997102       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14972764        Borough of Canonsburg,    c/o Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
15005864       +Borough of Canonsburg,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14972775      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of PA,    200 Civic Center Dr., 11th Fl,
                 Columbus, OH 43215)
14972767        Canonsburg General Hospital,    PO Box 644921,    Pittsburgh, PA 15264-4921
15004835        Centers for Rehab Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14972769       +Citi,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14972771       +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
14972772        Citzens Bank,    PO Box 18290,    Bridgeport, CT 06601-3290
14972774       +Collection Service Center, Inc.,    Attn: Bankruptcy,    Po Box 560,
                 New Kensington, PA 15068-0560
14972777       +Department of Labor & Industry,    Office of Chief Counsel,
                 Tenth Floor -Labor and Industry Building,    651 Boas Street,    Harrisburg, PA 17121-0725
14972778        Dollar Bank, FSB,    3 Gateway Center, 11 East,    Pittsburgh, PA 15222
14999118       +Dollar Bank, Federal Savings Bank,    c/o Eric D. Rosenberg, Esquire,
                 Metz Lewis Brodman Must O'Keefe LLC,    535 Smithfield Street, Suite 800,
                 Pittsburgh, PA 15222-2305
14972781        Greater Washington Radiology Inc.,    P. O. Box 182504,    Columbus, OH 43218-2504
14972782        Home Depot,    P.O. Box 689100,    Des Moines, IA 50368-9100
14972783      #+Jerome George DMD,    3307 Washington Road,    Canonsburg, PA 15317-6401
14972785        Office of UC Benefits,    Claimant Services,    PO Box 67503,    Harrisburg, PA 17106-7503
14972787       +PNC Bank,    PO Box 94982,    Cleveland, OH 44101-4982
14972786        PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
14972794        Quest Diagnostics,    PO Box 71313,    Philadelphia, PA 19176-1313
14972795       +Richard M. Squire & Associates,    115 West Avenue, Suite 104,    Jenkintown, PA 19046-2031
14972796       +Rushmore Loan Management Services, LLC,    Pob 52708,    Irvine, CA 92619-2708
14972797       +Rushmore Loan Management Services, LLC,    Attn: Bankruptcy,    Po Box 55004,
                 Irvine, CA 92619-5004
14972798        Terminix,    PO Box 742592,    Cincinnati, OH 45274-2592
15004834        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14972801        Washington County Tax Claim Bureau,    100 West Beau Street,    Room 205,
                 Washington, PA 15301-4483
14972800       +Washington County Tax Claim Bureau,    100 West Beau Street,    Suite 205,
                 Washington, PA 15301-4483
14972804       +Washington Hospital,    155 Wilson Avenue,    Washington, PA 15301-3398
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14972760       +E-mail/Text: bncmail@w-legal.com Mar 09 2019 02:31:05     ALTAIR OH XIII, LLC,
                 C/O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    Seattle, WA 98121-3132
14972768       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2019 02:33:17      Capital One Bank,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
14972773       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 09 2019 02:31:02
                 Collection Service Center, Inc.,    839 5th Ave,    New Kensington, PA 15068-6303
14972780       +E-mail/Text: kburkley@bernsteinlaw.com Mar 09 2019 02:31:30     First Niagara Bank, N.A.,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14972779        E-mail/Text: fnb.bk@fnfg.com Mar 09 2019 02:31:14     First Niagara Bank, N.A.,    PO Box 28,
                 Buffalo, NY 14240-0028
14984482        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 09 2019 02:34:09      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14972784        E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 02:33:58     Lowes,    P.O. Box 981064,
                 El Paso, TX 79998-1064
14972788        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 02:56:27
                 Portfolio Recovery Associates LLC,    PO Box 41067,    Norfolk, VA 23541
15006171        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 02:34:05
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14973378       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 02:56:27
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14972793        E-mail/Text: bnc-quantum@quantum3group.com Mar 09 2019 02:30:42
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14972792        E-mail/Text: bnc-quantum@quantum3group.com Mar 09 2019 02:30:42
                 Quantum3 Group LLC as agent for,    MOMA Funding,    PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0315-2          User: dbas              Page 2 of 3              Date Rcvd: Mar 08, 2019
                              Form ID: 314            Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14972799        +E-mail/Text: BankruptcyNotice@upmc.edu Mar 09 2019 02:31:24      UPMC Presbyterian,
                 Quantum I Building/3rd floor,   Distribution Room #386,   2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Dollar Bank, Federal Savings Bank,   c/o Metz Lewis Brodman Must O'Keefe LLC,
                 535 Smithfield St., Suite 800,   Pittsburgh
cr               Rushmore Loan Management Services as servicer for
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14972765*        Borough of Cannonsburg,   c/o Jordan Tax Service,   102 Rahway Road,   McMurray, PA 15317-3349
14972766*        Borough of Cannonsburg,   c/o Jordan Tax Service,   102 Rahway Road,   McMurray, PA 15317-3349
14972776*       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court:   Columbia Gas of Pennsylvania,    PO Box 117,   Columbus, OH 43216)
14972770*       +Citi,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
14972789*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates LLC,    PO Box 41067,
                 Norfolk, VA 23541)
14972790*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates LLC,    PO Box 41067,
                 Norfolk, VA 23541)
14972791*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates LLC,    PO Box 41067,
                 Norfolk, VA 23541)
14972802*        Washington County Tax Claim Bureau,   100 West Beau Street,   Room 205,
                 Washington, PA 15301-4483
14972803*        Washington County Tax Claim Bureau,   100 West Beau Street,   Room 205,
                 Washington, PA 15301-4483
14972762        ##AT&T Universal,   P. O. Box 182564,   Columbus, OH 43218-2564
                                                                                        TOTALS: 2, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Edward P. Mansur chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Eric D. Rosenberg    on behalf of Creditor    Dollar Bank, Federal Savings Bank
               erosenberg@metzlewis.com
              James Warmbrodt    on behalf of Creditor    Rushmore Loan Management Services as servicer for
               Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee
               for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Canonsburg jhunt@grblaw.com,
               cnoroski@grblaw.com

```
District/off: 0315-2          User: dbas              Page 3 of 3                   Date Rcvd: Mar 08, 2019
                              Form ID: 314            Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          John R. O'Keefe, Jr.    on behalf of Creditor    Dollar Bank, Federal Savings Bank jokeefe@metzlewis.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                              TOTAL: 7