IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Edward P. Mansur | ) | Case No. 19-20017 |
| dba Ed Mansur Home Improvement, | ) | Chapter 13 |
| Debtor(s) | ) | Related to Docket No. 32 & 48 |
| | ) | |
| | ) | |
| Edward P. Mansur | ) | Hearing Date and Time: |
| dba Ed Mansur Home Improvement, | ) | June 13, 2019 at 2:00 PM |
| Movant(s) | ) | |
| | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| | ) | |
| No Respondent(s) | ) | |

## CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED APRIL 4, 2019 AND SCHEDULING ORDER

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) April 4, 2019

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

                                                  Respectfully submitted,

April 4, 2019                          /s/ Christopher M. Frye
DATE                                      Christopher M. Frye, Esquire
                                                  Attorney for the Debtor(s)

                                                  STEIDL & STEINBERG
                                                  Suite 2830 – Gulf Tower
                                                  707 Grant Street
                                                  Pittsburgh, PA  15219
                                                  (412) 391-8000
                                                  chris.frye@steidl-steinberg.com
                                                  PA I.D. No. 208402

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-20017-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Apr  4 11:58:33 EDT 2019 | ALTAIR OH XIII, LLC<br>C/O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>Seattle, WA 98121-3132 | AT&T Universal<br>P. O. Box 182564<br>Columbus, OH 43218-2564 |
| AT&T Universal<br>P.O. Box 6000<br>The Lakes, NV 89163-0001 | Advanced Orthopedic & Rehab, LLC<br>100 Trich Drive Suite 2<br>Washington, PA 15301-5990 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Borough of Cannonsburg<br>c/o Jordan Tax Service<br>102 Rahway Road<br>McMurray, PA 15317-3349 | Borough of Canonsburg<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| Borough of Canonsburg<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Canonsburg General Hospital<br>PO Box 644921<br>Pittsburgh, PA 15264-4921 | Capital One Bank<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 |
| Centers for Rehab Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Citi<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Citi<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 |
| Citzens Bank<br>PO Box 18290<br>Bridgeport, CT 06601-3290 | Collection Service Center, Inc.<br>839 5th Ave<br>New Kensington, PA 15068-6303 | Collection Service Center, Inc.<br>Attn: Bankruptcy<br>Po Box 560<br>New Kensington, PA 15068-0560 |
| Columbia Gas of PA<br>200 Civic Center Dr., 11th Fl<br>Columbus, OH 43215-4177 | (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | Department of Labor & Industry<br>Office of Chief Counsel<br>Tenth Floor -Labor and Industry Building<br>651 Boas Street<br>Harrisburg, PA 17121-0725 |
| Dollar Bank, FSB<br>3 Gateway Center, 11 East<br>Pittsburgh, PA 15222 | Dollar Bank, Federal Savings Bank<br>c/o Eric D. Rosenberg, Esquire<br>Metz Lewis Brodman Must O'Keefe LLC<br>535 Smithfield Street, Suite 800<br>Pittsburgh, PA 15222-2305 | First Niagara Bank, N.A.<br>PO Box 28<br>Buffalo, NY 14240-0028 |
| First Niagara Bank, N.A.<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Greater Washington Radiology Inc.<br>P. O. Box 182504<br>Columbus, OH 43218-2504 |
| Home Depot<br>P.O. Box 689100<br>Des Moines, IA 50368-9100 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | Jerome George DMD<br>3307 Washington Road<br>Canonsburg, PA 15317-6401 |

| | | |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lowes<br>P.O. Box 981064<br>El Paso, TX 79998-1064 | Edward P. Mansur<br>610 Spruce Street<br>Canonsburg, PA 15317-1057 |
| John R. O'Keefe Jr.<br>Metz Lewis Brodman Must O'Keefe LLC<br>535 Smithfield Street<br>Suite 800<br>Pittsburgh, PA 15222-2305 | Office of UC Benefits<br>Claimant Services<br>PO Box 67503<br>Harrisburg, PA 17106-7503 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PNC Bank<br>PO Box 5570<br>Cleveland, OH 44101-0570 | PNC Bank<br>PO Box 94982<br>Cleveland, OH 44101-4982 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>MOMA Funding<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quest Diagnostics<br>PO Box 71313<br>Philadelphia, PA 19176-1313 | Richard M. Squire & Associates<br>115 West Avenue, Suite 104<br>Jenkintown, PA 19046-2031 |
| Eric D. Rosenberg<br>Metz Lewis Brodman Must O'Keefe LLC<br>535 Smithfield Street<br>Suite 800<br>Pittsburgh, PA 15222-2305 | Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | Rushmore Loan Management Services, LLC<br>Attn: Bankruptcy<br>Po Box 55004<br>Irvine, CA 92619-5004 |
| Rushmore Loan Management Services, LLC<br>Pob 52708<br>Irvine, CA 92619-2708 | Terminix<br>PO Box 742592<br>Cincinnati, OH 45274-2592 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| UPMC Presbyterian<br>Quantum I Building/3rd floor<br>Distribution Room #386<br>2 Hot Metal Street<br>Pittsburgh, PA 15203-2348 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Washington County Tax Claim Bureau<br>100 West Beau Street<br>Room 205<br>Washington, PA 15301-4483 |
| Washington County Tax Claim Bureau<br>100 West Beau Street<br>Suite 205<br>Washington, PA 15301-4483 | Washington Hospital<br>155 Wilson Avenue<br>Washington, PA 15301-3398 | West Penn Power<br>5001 NASA Blvd.<br>Fairmont, WV 26554-8248 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 15276
Wilmington, DE 19886-5726

Columbia Gas of Pennsylvania
PO Box 117
Columbus, OH 43216

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Dollar Bank, Federal Savings Bank
c/o Metz Lewis Brodman Must O'Keefe LLC
535 Smithfield St., Suite 800
Pittsburgh

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(u)Rushmore Loan Management Services as servi

End of Label Matrix
Mailable recipients    57
Bypassed recipients     3
Total                  60