FILED
4/24/19 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Edward P. Mansur, ) | Case No. 19-20017 GLT |
| ) | Chapter 13 |
| Debtor ) | |
| ) | Related to Docket No. 46 |
| ) | |
| Edward P. Mansur, ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Bank of America, ) | |
| ) | |
| Respondent ) | |

**ORDER OF COURT**

AND NOW, to wit, this __24th__ day of __April__, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claim number 9-1 is stricken.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-20017-GLT
Edward P. Mansur                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: mgut              Page 1 of 1              Date Rcvd: Apr 24, 2019
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.
db          +Edward P. Mansur,    610 Spruce Street,    Canonsburg, PA 15317-1057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
          Christopher M. Frye    on behalf of Debtor Edward P. Mansur chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          Eric D. Rosenberg    on behalf of Creditor   Dollar Bank, Federal Savings Bank
           erosenberg@metzlewis.com
          James Warmbrodt     on behalf of Creditor    Rushmore Loan Management Services as servicer for
           Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee
           for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Canonsburg jhunt@grblaw.com,
           cnoroski@grblaw.com
          John R. O'Keefe, Jr.    on behalf of Creditor   Dollar Bank, Federal Savings Bank
           jokeefe@metzlewis.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7