FILED
Desc Imaged
5/7/3 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Edward P. Mansur, | ) | Case No. 19-20017 GLT |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Docket No. |
| | ) | |
| Edward P. Mansur, | ) | |
| | ) | Related to Docket No. 38 |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Portfolio Recovery Associates, LLC, | ) | |
| Respondent | ) | |

## ORDER OF COURT

AND NOW, to wit, this _____7th_____ day of __May_____, 2019, it is hereby

ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claim number 17 is

stricken.


_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court


**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-20017-GLT
Edward P. Mansur                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut             Page 1 of 1           Date Rcvd: May 07, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db              +Edward P. Mansur,   610 Spruce Street,   Canonsburg, PA 15317-1057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
          Christopher M. Frye   on behalf of Debtor Edward P. Mansur chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          Eric D. Rosenberg   on behalf of Creditor   Dollar Bank, Federal Savings Bank
           erosenberg@metzlewis.com
          James  Warmbrodt   on behalf of Creditor   Rushmore Loan Management Services as servicer for
           Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee
           for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   Borough of Canonsburg jhunt@grblaw.com,
           cnoroski@grblaw.com
          John R. O'Keefe, Jr.   on behalf of Creditor   Dollar Bank, Federal Savings Bank
           jokeefe@metzlewis.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                             TOTAL: 7