Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Edward P. Mansur
dba Ed Mansur Home Improvement**
   Debtor(s)

Bankruptcy Case No.: 19−20017−GLT
Issued Per 6/13/2019 Proceeding
Chapter: 13
Docket No.: 66 − 48
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated April 4, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.  shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☒ H.  Additional Terms: A fee application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: June 14, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-20017-GLT
Edward P. Mansur                                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas              Page 1 of 3        Date Rcvd: Jun 14, 2019
                              Form ID: 149            Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
db             +Edward P. Mansur,    610 Spruce Street,    Canonsburg, PA 15317-1057
cr             +Borough of Canonsburg,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
14972761       +AT&T Universal,    P.O. Box 6000,    The Lakes, NV 89163-0001
14972759       +Advanced Orthopedic & Rehab, LLC,    100 Trich Drive Suite 2,    Washington, PA 15301-5990
14972763      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 15276,    Wilmington, DE 19886-5726)
14997102       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14972764        Borough of Canonsburg,    c/o Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
15005864       +Borough of Canonsburg,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14972775      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,    200 Civic Center Dr., 11th Fl,
                 Columbus, OH 43215)
14972767        Canonsburg General Hospital,    PO Box 644921,    Pittsburgh, PA 15264-4921
15004835        Centers for Rehab Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14972769       +Citi,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
14972771       +Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
14972772        Citzens Bank,    PO Box 18290,    Bridgeport, CT 06601-3290
14972774       +Collection Service Center, Inc.,    Attn: Bankruptcy,    Po Box 560,
                 New Kensington, PA 15068-0560
14972777       +Department of Labor & Industry,    Office of Chief Counsel,
                 Tenth Floor -Labor and Industry Building,    651 Boas Street,    Harrisburg, PA 17121-0725
14972778        Dollar Bank, FSB,    3 Gateway Center, 11 East,    Pittsburgh, PA 15222
14999118       +Dollar Bank, Federal Savings Bank,    c/o Eric D. Rosenberg, Esquire,
                 Metz Lewis Brodman Must O’Keefe LLC,    535 Smithfield Street, Suite 800,
                 Pittsburgh, PA 15222-2305
14972781        Greater Washington Radiology Inc.,    P. O. Box 182504,    Columbus, OH 43218-2504
14972782        Home Depot,    P.O. Box 689100,    Des Moines, IA 50368-9100
14972785        Office of UC Benefits,    Claimant Services,    PO Box 67503,    Harrisburg, PA 17106-7503
14972787       +PNC Bank,    PO Box 94982,    Cleveland, OH 44101-4982
14972786        PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
14972794        Quest Diagnostics,    PO Box 71313,    Philadelphia, PA 19176-1313
14972795       +Richard M. Squire & Associates,    115 West Avenue, Suite 104,    Jenkintown, PA 19046-2031
15009545       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14972797       +Rushmore Loan Management Services, LLC,    Attn: Bankruptcy,    Po Box 55004,
                 Irvine, CA 92619-5004
14972796       +Rushmore Loan Management Services, LLC,    Pob 52708,    Irvine, CA 92619-2708
14972798        Terminix,    PO Box 742592,    Cincinnati, OH 45274-2592
15004834        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14972801        Washington County Tax Claim Bureau,    100 West Beau Street,    Room 205,
                 Washington, PA 15301-4483
14972800       +Washington County Tax Claim Bureau,    100 West Beau Street,    Suite 205,
                 Washington, PA 15301-4483
14972804       +Washington Hospital,    155 Wilson Avenue,    Washington, PA 15301-3398

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14972760       +E-mail/Text: bncmail@w-legal.com Jun 15 2019 02:27:26     ALTAIR OH XIII, LLC,
                 C/O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    Seattle, WA 98121-3132
14972768       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2019 02:33:57      Capital One Bank,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
14972773       +E-mail/Text: bankruptcy@firstenergycorp.com Jun 15 2019 02:27:16
                 Collection Service Center, Inc.,    839 5th Ave,    New Kensington, PA 15068-6303
14972780       +E-mail/Text: kburkley@bernsteinlaw.com Jun 15 2019 02:27:47      First Niagara Bank, N.A.,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14972779        E-mail/Text: fnb.bk@fnfg.com Jun 15 2019 02:27:34     First Niagara Bank, N.A.,   PO Box 28,
                 Buffalo, NY 14240-0028
14984482        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2019 02:34:49      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14972784        E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2019 02:34:37      Lowes,    P.O. Box 981064,
                 El Paso, TX 79998-1064
14972788        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 02:34:21
                 Portfolio Recovery Associates LLC,    PO Box 41067,    Norfolk, VA 23541
15006171        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 02:33:59
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14973378       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 02:34:45
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14972793        E-mail/Text: bnc-quantum@quantum3group.com Jun 15 2019 02:26:50
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14972792        E-mail/Text: bnc-quantum@quantum3group.com Jun 15 2019 02:26:50
                 Quantum3 Group LLC as agent for,    MOMA Funding,    PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0315-2           User: dbas                  Page 2 of 3                   Date Rcvd: Jun 14, 2019
                               Form ID: 149                Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14972799       +E-mail/Text: BankruptcyNotice@upmc.edu Jun 15 2019 02:27:44      UPMC Presbyterian,
                 Quantum I Building/3rd floor,   Distribution Room #386,   2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
15013784       +E-mail/Text: bankruptcy@firstenergycorp.com Jun 15 2019 02:27:16      West Penn Power,
                 5001 NASA Blvd.,   Fairmont, WV 26554-8248
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Dollar Bank, Federal Savings Bank,   c/o Metz Lewis Brodman Must O'Keefe LLC,
                 535 Smithfield St., Suite 800,   Pittsburgh
cr              Rushmore Loan Management Services as servicer for
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14972765*       Borough of Cannonsburg,   c/o Jordan Tax Service,   102 Rahway Road,   McMurray, PA 15317-3349
14972766*       Borough of Cannonsburg,   c/o Jordan Tax Service,   102 Rahway Road,   McMurray, PA 15317-3349
14972776*      ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas of Pennsylvania,   PO Box 117,   Columbus, OH 43216)
14972770*      +Citi,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
14972789*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates LLC,   PO Box 41067,
                 Norfolk, VA 23541)
14972790*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates LLC,   PO Box 41067,
                 Norfolk, VA 23541)
14972791*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates LLC,   PO Box 41067,
                 Norfolk, VA 23541)
14972802*       Washington County Tax Claim Bureau,   100 West Beau Street,   Room 205,
                 Washington, PA 15301-4483
14972803*       Washington County Tax Claim Bureau,   100 West Beau Street,   Room 205,
                 Washington, PA 15301-4483
14972762       ##AT&T Universal,   P. O. Box 182564,   Columbus, OH 43218-2564
14972783       ##+Jerome George DMD,   3307 Washington Road,   Canonsburg, PA 15317-6401
                                                                                   TOTALS: 2, * 10, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
```
              Christopher M. Frye   on behalf of Debtor Edward P. Mansur chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Eric D. Rosenberg    on behalf of Creditor    Dollar Bank, Federal Savings Bank
               erosenberg@metzlewis.com
              James Warmbrodt    on behalf of Creditor    Rushmore Loan Management Services as servicer for
               Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee
               for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Canonsburg jhunt@grblaw.com,
               cnoroski@grblaw.com
              John R. O'Keefe, Jr.    on behalf of Creditor    Dollar Bank, Federal Savings Bank
               jokeefe@metzlewis.com
```

```
District/off: 0315-2           User: dbas                 Page 3 of 3             Date Rcvd: Jun 14, 2019
                               Form ID: 149               Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

TOTAL: 7