**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                                                    CASE NO.: 19-20017-GLT
                                                                                                      CHAPTER 13

**Edward P. Mansur**
**dba Ed Mansur Home Improvement,**

   **Debtor.**

_____/

# CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on June 24, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

CHRISTOPHER M. FRYE
STEIDL & STEINBERG
SUITE 2830 GULF TOWER 707 GRANT STREET
PITTSBURGH, PA 15219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER 600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

EDWARD P. MANSUR
DBA ED MANSUR HOME IMPROVEMENT
610 SPRUCE STREET
CANONSBURG, PA 15317

                                        ROBERTSON, ANSCHUTZ, SCHNEID &
                                        CRANE LLC
                                        Authorized Agent for Secured Creditor
                                        10700 Abbott's Bridge Road, Suite 170
                                        Duluth, GA 30097
                                        Telephone: 470-321-7112
                                        Facsimile: 404-393-1425

                                        By: /s/ Giselle Velez
                                            Giselle Velez, Esquire
                                            Email: gvelez@rasflaw.com