**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/07/2022

IN RE:

EDWARD P. MANSUR
610 SPRUCE STREET
CANONSBURG, PA  15317
XXX-XX-9951           Debtor(s)

Case No.19-20017 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/7/2022

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 8707 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RUSHMORE~WILMINGTON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ERIC D ROSENBERG ESQ**<br>METZ LEWIS BRODMAN MUST O'KEEFE LLC<br>535 SMITHFIELD ST STE 800<br>PITTSBURGH, PA  15222 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DOLLAR BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CANONSBURG BOROUGH (SWG)\*\***<br>C/O JORDAN TAX SERVICE INC\*\*<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:4   INT %: 10.00%<br>Court Claim Number:13<br>CLAIM: 25.61<br>COMMENT: 100-020-00-01-009-00;THRU 1/3/19*$/CL-PL@10%*WNTS 10%*W/5,6 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0900 |
| **CANONSBURG BOROUGH (SWG)\*\***<br>C/O JORDAN TAX SERVICE INC\*\*<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:5   INT %: 10.00%<br>Court Claim Number:13<br>CLAIM: 7.06<br>COMMENT: 030-010-00-03-0020-00;THRU 1/3/19*$/CL-PL@10%*WNTS 10%*DK*W/4,6 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2000 |
| **CANONSBURG BOROUGH (SWG)\*\***<br>C/O JORDAN TAX SERVICE INC\*\*<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:6   INT %: 10.00%<br>Court Claim Number:13<br>CLAIM: 97.96<br>COMMENT: 090-010-00-03-0023-01;THRU 1/3/19*$/CL-PL@10%*WNTS 10%*W/4,5 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2301 |
| **DOLLAR BANK FSB(\*)**<br>ATTN CONSUMER DEFAULT MANAGEMENT<br>PO BOX 3969<br>PITTSBURGH, PA  15230 | Trustee Claim Number:7   INT %: 7.50%<br>Court Claim Number:10<br>CLAIM: 140,000.00<br>COMMENT: $/CL-PL@7.5%/PL*W/43*DK | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 9001 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B**<br>C/O SELENE FINANCE<br>9990 RICHMOND AVE STE 400S<br>HOUSTON, TX  70042 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*BGN 2/19*FR RUSHMORE-DOC 70 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5833 |
| **WASHINGTON COUNTY TAX CLM BUREAU(\*)**<br>COURTHOUSE-MAIN ST<br>100 W BEAU ST STE 205<br>WASHINGTON, PA  15301-4402 | Trustee Claim Number:9   INT %: 9.00%<br>Court Claim Number:1<br>CLAIM: 3,110.08<br>COMMENT: 090-010-00-03-0020-00;11-13*$/CL-PL@9%*WNTS 9%*DK*W 40 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2000 |
| **RICHARD M SQUIRE & ASSOCIATES**<br>115 WEST AVENUE STE 104<br>JENKINTOWN, PA  19046 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ADVANCE ORTHOPEDIC AND REHAB**<br>100 TRICH DT STE 2<br>WASHINGTON, PA 15301 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0041 |
| **ALTAIR OH XIII LLC**<br>C/O WEINSTEIN PINSON & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3929 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:7 | CLAIM: 7,777.04<br>COMMENT: CITIBANK*STALE~OBJ W/DRAWN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9184 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:9 | CLAIM: 0.00<br>COMMENT: STRCKN/DOE*CL=7916.15*7216/SCH*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9336 |
| **CANONSBURG GENERAL HOSPITAL**<br>100 MEDICAL BOULEVARD<br>CANONSBURG, PA 15317 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1898 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3929 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:5 | CLAIM: 25,600.50<br>COMMENT: CITIBANK*STALE~OBJ W/DRAWN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3219 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:6 | CLAIM: 4,499.09<br>COMMENT: CITIBANK*STALE~OBJ W/DRAWN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6781 |
| **CITIZENS BANK NA(\*)**<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0773 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~WHS INTERNAL MDCN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8QIP |

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc / Account |
|---|---|---|---|
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br>COLUMBUS, OH 48216-0117 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 796.97<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9951 |
| **PA DEPARTMENT OF LABOR & INDUSTRY (OFFI**<br>UI PAYMENT SERVICES (INDV UC OP)<br>PO BOX 67503<br>HARRISBURG, PA 17106-9894 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 20 | CLAIM: 11,600.28<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9951 |
| **FIRST NIAGARA BANK++**<br>POB 28<br>BUFFALO, NY 14240 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0568 |
| **GREATER WASHINGTON RADIOLOGIST**<br>POB 951847<br>CLEVELAND, OH 44193 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3898 |
| **HOME DEPOT CREDIT SVCS++**<br>POB 689100<br>DES MOINES, IA 50368 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7443 |
| **JEROME GEORGE DMD**<br>3307 WASHINGTON RD<br>CANONSBURG, PA 15317 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 17 | CLAIM: 0.00<br>COMMENT: STRICKEN/OE*CL=2195.52*GECRB/LOWE'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4290 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5768 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8252 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 16 | CLAIM: 0.00<br>COMMENT: STRICKEN/OE*CL=5146.81*6892/SCH*CHASE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5894 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br>NORFOLK, VA 23541-1067 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9273 | CLAIM: 0.00<br>COMMENT: CHASE/SCH |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8707 | CLAIM: 0.00<br>COMMENT: STRICKEN/OE*CL=6395.05*GECRB/JCP |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br>NORFOLK, VA 23541-1067 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4290 | CLAIM: 0.00<br>COMMENT: LOWES/SCH |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7431 | CLAIM: 0.00<br>COMMENT: CITI~SEARS/SCH |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9892 | CLAIM: 0.00<br>COMMENT: LEVIN/SCH |
| **QUEST DIAGNOSTIC**<br>7629 MARKET ST<br>YOUNGSTOWN, OH 44512 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8947 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **TERMINIX INTERNATIONAL CO++**<br>P.O. BOX 17167<br>MEMPHIS, TN 38187 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9951 | CLAIM: 126.70<br>COMMENT: 3212/SCH*UPMC PRESBYTERIAN |
| **WASHINGTON HOSPITAL**<br>155 WILSON AVENUE<br>WASHINGTON, PA 15301 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 0.00<br>COMMENT: |
| **WASHINGTON COUNTY TAX CLM BUREAU(*)**<br>COURTHOUSE-MAIN ST<br>100 W BEAU ST STE 205<br>WASHINGTON, PA 15301-4402 | Trustee Claim Number: 40  INT %: 9.00%<br>Court Claim Number: 2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2200 | CLAIM: 3,837.90<br>COMMENT: 090-010-00-03-0022-00;12,13*$/CL-PL@9%*WNTS 9%*DK*W/9 |

| Creditor | Claim Info | Details |
|---|---|---|
| **WASHINGTON COUNTY TAX CLM BUREAU(*)**<br>COURTHOUSE-MAIN ST<br>100 W BEAU ST STE 205<br><br>WASHINGTON, PA  15301-4402 | Trustee Claim Number:41  INT %:  9.00%<br>Court Claim Number:3<br><br>CLAIM:  977.27<br>COMMENT:  090-010-00-03-0021-00;12,13*PROP NT/SCH*$/CL-PL@9%*WNTS 9% | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 2100 |
| **WASHINGTON COUNTY TAX CLM BUREAU(*)**<br>COURTHOUSE-MAIN ST<br>100 W BEAU ST STE 205<br><br>WASHINGTON, PA  15301-4402 | Trustee Claim Number:42  INT %:  9.00%<br>Court Claim Number:4<br><br>CLAIM:  7,320.01<br>COMMENT:  090-010-00-03-0023-01;12,13*PROP NT/SCH*$/CL-PL@9%*WNTS 9% | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 2301 |
| **DOLLAR BANK FSB(*)**<br>ATTN CONSUMER DEFAULT MANAGEMENT<br>PO BOX 3969<br><br>PITTSBURGH, PA  15230 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  24,124.49<br>COMMENT:  NO GEN UNS/SCH*W/7 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9001 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B**<br>C/O SELENE FINANCE<br>9990 RICHMOND AVE STE 400S<br><br>HOUSTON, TX  70042 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  18,536.20<br>COMMENT:  $/CL-PL*THRU 1/19*FR  RUSHMORE-DOC 70 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.: 5833 |
| **CENTERS FOR REHAB SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  369.27<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9951 |
| **CANONSBURG BOROUGH-GARBAGE**<br>C/O JORDAN TAX SERVICE-DLQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:46  INT %:  10.00%<br>Court Claim Number:14<br><br>CLAIM:  1,591.60<br>COMMENT:  100-020-00-01-0009-00;THRU 1/3/19*NT/SCH*$/CL-PL@10%*WNTS 10%*W/47-49 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 0900 |
| **CANONSBURG BOROUGH-GARBAGE**<br>C/O JORDAN TAX SERVICE-DLQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:47  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  99.61<br>COMMENT:  100-020-00-01-0009-00;THRU 1/3/19*NON%*NT/SCH*$/CL-PL*W/46,48,49 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 0900 |
| **CANONSBURG BOROUGH-GARBAGE**<br>C/O JORDAN TAX SERVICE-DLQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:48  INT %:  10.00%<br>Court Claim Number:14<br><br>CLAIM:  959.21<br>COMMENT:  030-010-00-03-0020-00;THRU 1/3/19*NT/SCH*$/CL-PL@10%*WNTS 10%*W/46,47,49 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 2000 |
| **CANONSBURG BOROUGH-GARBAGE**<br>C/O JORDAN TAX SERVICE-DLQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:49  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  229.33<br>COMMENT:  030-010-00-03-0020-00;THRU 1/3/19*NON%*NT/SCH*$/CL-PL*W/46-48 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 2000 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br><br>FAIRMONT, WV  26554 | Trustee Claim Number:50  INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  329.79<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4545 |