IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:   Edward P. Mansur                           :    Bankruptcy No. 19-20017-GLT
      dba Ed Mansur Home Improvement      :    Chapter        13
                Debtor           :
                               :
                               :    Claim No. 18
Movant Wilmington Savings Fund Society, FSB        :
                               :
            v.                                  :
                               :
                               :
Respondent (if none, then "No Respondent")         :
      No Respondent

<u>NOTICE OF CHANGE OF ADDRESS</u>

Undeliverable Address:

      Creditor Name: Selene Finance LP

      Incorrect Address: 9990 Richmond Ave. Suite 400 South
                      Houston TX 77042

Corrected Address:

      Creditor Name:    Selene Finance LP

      Correct Address:    3501 Olympus Blvd, Suite 500
                     Dallas, TX 75019

Dated <u>June 1, 2022</u>

<u>/s/ Charles G. Wohlrab</u>
Electronic Signature of Debtor(s)' Attorney

<u>Charles G. Wohlrab, Esq.</u>
Typed Name

10700 ABBOTT'S BRIDGE ROAD, Ste. 170, Duluth, GA  30097
Address

(470) 321-7112 Ext. 257
Phone No.

<u>314532</u>
Bar I.D. and State of Admission

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on <u>June 6, 2022</u>, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Edward P. Mansur**
610 Spruce Street
Canonsburg, PA 15317

**Christopher M. Frye**
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
412-644-4756


By: /s/ Laura Stewart