IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Edward P. Mansur, | ) | Bankruptcy No. 19-20017 GLT |
| | ) | Chapter 13 |
| Debtor | ) | Related to Document No. 84 |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Edward P. Mansur, | ) | |
| | ) | |
| Respondent | ) | |

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

AND NOW, comes the Debtor, Edward P. Mansur ("Debtor"), by and through attorney, Christopher M. Frye and Steidl and Steinberg, P.C., and respectfully responds to the Movant's motion as follows as follows:

1. Admitted.

2. Admitted.

3. Denied. The Debtor remitted a payment in the amount of $10,232.00 which was received by the Trustee on January 24, 2024. This payment meets the plan base of $304,548.00.

4. Admitted by way of further answer. The Debtor will continue to make payment to the Trustee and needs some additional time to pay the remaining balance to complete the Plan.

5. Denied. The Debtor has met the plan base of $304,548.00 with his most recent payment.

6. Admitted.

7. Denied. The Debtor has met the plan base of $304,548.00 with his most recent payment.

WHEREFORE, the Debtor, Edward P. Mansur, respectfully request this Honorable Court to deny the Movant's motion.

                                            Respectfully submitted,

January 29, 2024          /s/ Christopher M. Frye
DATE                             Christopher M. Frye, Esquire
                                            Attorney for the Debtor
                                            STEIDL & STEINBERG, P.C.
                                            Suite 2830 – Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 391-8000
                                            PA I. D. No.  208402
                                            chris.frye@steidl-steinberg.com