**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re: : Case No.: 19-20017-GLT
: Chapter: 13
Edward P. Mansur :
:
: Date: 2/14/2024
*Debtor(s).* : Time: 10:00

## PROCEEDING MEMO

***MATTER:*** #84 - Trustee's Motion to Dismiss Case
#88 - Response filed by Debtor

***APPEARANCES***:
    Debtor: Lauren Lamb
    Trustee: Kate DeSimone

***NOTES:*** [10:10]

DeSimone: Need $3,880 to complete with long term continuing debt takeover in March 2024.

Lamb: Is able to takeover in March. Believe that the source of lump sum payment from contracting employment.

***OUTCOME:***

1) For the reasons stated on the record, the *Trustee's Motion to Dismiss* [Dkt. No. 84] is continued to May 1, 2024 at 9:30 a.m. [Text order].

**DATED:** 2/14/2024