Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Edward P. Mansur** | : | Case No. 19−20017−GLT |
| **dba Ed Mansur Home Improvement** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 101 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 6/21/24 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 26th of April, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 101 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before June 9, 2024*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *June 21, 2024 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20017-GLT |
| Edward P. Mansur | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 26, 2024 | Form ID: 604 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward P. Mansur, 610 Spruce Street, Canonsburg, PA 15317-1057 |
| 14972759 | + | Advanced Orthopedic & Rehab, LLC, 100 Trich Drive Suite 2, Washington, PA 15301-5990 |
| 14972764 | | Borough of Cannonsburg, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14972775 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, 200 Civic Center Dr., 11th Fl, Columbus, OH 43215 |
| 14972767 | | Canonsburg General Hospital, PO Box 644921, Pittsburgh, PA 15264-4921 |
| 14972772 | | Citzens Bank, PO Box 18290, Bridgeport, CT 06601-3290 |
| 15080818 | + | Dept. of Labor & Industry Off of UC Ben Policy, 651 Boas Street, 6th Floor, Harrisburg PA 17121-0725 |
| 14972778 | | Dollar Bank, FSB, 3 Gateway Center, 11 East, Pittsburgh, PA 15222 |
| 14999118 | #+ | Dollar Bank, Federal Savings Bank, c/o Eric D. Rosenberg, Esquire, Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh, PA 15222-2305 |
| 14972779 | | First Niagara Bank, N.A., PO Box 28, Buffalo, NY 14240-0028 |
| 14972781 | | Greater Washington Radiology Inc., P. O. Box 182504, Columbus, OH 43218-2504 |
| 14972782 | | Home Depot, P.O. Box 689100, Des Moines, IA 50368-9100 |
| 14972783 | + | Jerome George DMD, 3307 Washington Road, Canonsburg, PA 15317-6400 |
| 14972785 | | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14972794 | | Quest Diagnostics, PO Box 71313, Philadelphia, PA 19176-1313 |
| 14972795 | #+ | Richard M. Squire & Associates, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| 14972798 | | Terminix, PO Box 742592, Cincinnati, OH 45274-2592 |
| 14972801 | | Washington County Tax Claim Bureau, 100 West Beau Street, Room 205, Washington, PA 15301-4483 |
| 14972800 | + | Washington County Tax Claim Bureau, 100 West Beau Street, Suite 205, Washington, PA 15301-4483 |
| 14972804 | + | Washington Hospital, 155 Wilson Avenue, Washington, PA 15301-3398 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 26 2024 23:49:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 26 2024 23:49:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14972760 | + | Email/Text: bncmail@w-legal.com | Apr 26 2024 23:51:00 | ALTAIR OH XIII, LLC, C/O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 14972761 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:33:27 | AT&T Universal, P.O. Box 6000, The Lakes, NV 89163-0001 |
| 14972762 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 27 2024 00:07:46 | AT&T Universal, P. O. Box 182564, Columbus, OH 43218-2564 |
| 14972763 | | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 26 2024 23:50:00 | Bank of America, P.O. Box 15276, Wilmington, DE 19886-5726 |
| 14997102 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 26 2024 23:50:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15005864 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2024 23:49:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14972768 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:07:44 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15004835 | | Email/Text: BNCnotices@dcmservices.com | Apr 26 2024 23:50:00 | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14972771 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:07:16 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14972769 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:06:56 | Citi, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14972773 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 26 2024 23:51:00 | Collection Service Center, Inc., 839 5th Ave, New Kensington, PA 15068-6303 |
| 14972774 | ^ | MEBN | Apr 26 2024 23:46:20 | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 14972777 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 26 2024 23:49:00 | Department of Labor & Industry, Office of Chief Counsel, Tenth Floor -Labor and Industry Building, 651 Boas Street, Harrisburg, PA 17121-0725 |
| 14972780 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2024 23:52:00 | First Niagara Bank, N.A., c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14984482 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2024 00:06:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14972784 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:06:51 | Lowes, P.O. Box 981064, El Paso, TX 79998-1064 |
| 14972786 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2024 23:49:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 14972787 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2024 23:49:00 | PNC Bank, PO Box 94982, Cleveland, OH 44101 |
| 14972788 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:20:58 | Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541 |
| 15006171 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:07:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14973378 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:44:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14972792 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2024 23:51:00 | Quantum3 Group LLC as agent for, MOMA Funding, PO Box 788, Kirkland, WA 98083-0788 |
| 14972793 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2024 23:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15009545 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 23:50:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14972797 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 23:50:00 | Rushmore Loan Management Services, LLC, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14972796 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 23:50:00 | Rushmore Loan Management Services, LLC, Pob 52708, Irvine, CA 92619-2708 |

Case 19-20017-GLT   Doc 103   Filed 04/28/24   Entered 04/29/24 00:29:21   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: 604 | Total Noticed: 52 |

| Recip ID | Bypass Reason | Name and Address | | |
|---|---|---|---|---|
| 15004834 | | Email/Text: BNCnotices@dcmservices.com | Apr 26 2024 23:50:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14972799 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 26 2024 23:52:00 | UPMC Presbyterian, Quantum I Building/3rd floor, Distribution Room #386, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15013784 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 26 2024 23:51:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 15257832 | + | Email/Text: bkteam@selenefinance.com | Apr 26 2024 23:50:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Dollar Bank, Federal Savings Bank, c/o Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield St., Suite 800, Pittsburgh |
| cr | | Rushmore Loan Management Services as servicer for |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Wilmington Savings Fund Society, FSB,, Selene Finance LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 14972765 | * | Borough of Cannonsburg, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14972766 | * | Borough of Cannonsburg, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14972776 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |
| 14972770 | *+ | Citi, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14972789 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541 |
| 14972790 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541 |
| 14972791 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541 |
| 14972802 | * | Washington County Tax Claim Bureau, 100 West Beau Street, Room 205, Washington, PA 15301-4483 |
| 14972803 | * | Washington County Tax Claim Bureau, 100 West Beau Street, Room 205, Washington, PA 15301-4483 |

TOTAL: 2 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: 604 | Total Noticed: 52 |

| | |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher M. Frye | on behalf of Debtor Edward P. Mansur chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Rushmore Loan Management Services as servicer for Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com |
| Eric D. Rosenberg | on behalf of Creditor Dollar Bank Federal Savings Bank erosenberg@metzlewis.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com |
| John R. O'Keefe, Jr. | on behalf of Creditor Dollar Bank Federal Savings Bank jokeefe@metzlewis.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor Wilmington Savings Fund Society FSB, smncina@raslg.com |

TOTAL: 10