Fill in this information to identify the case:

Debtor 1  Edward P. Mansur
          dba Ed Mansur Home Improvement

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : WESTERN District of Pennsylvania (Pittsburgh)
                                                          (State)
Case number 19-20017-GLT

# Form 4100R
# Response to Notice of Final Cure    10/15

_____

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

**Part 1:    Mortgage Information**

Name of creditor:  WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOTINDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST

Court claim no. (if known): 18

Last 4 digits of any number you use to identify the debtor's account: 5833

Property address:    610 SPRUCE STREET ,
                     Number        Street

                     CANONSBURG, PA 15317
                     City              State      ZIP Code

**Part 2:    Prepetition Default Payments**

Check one:

[X]   Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:          $_____
.

**Part 3:    Postpetition Mortgage**

Check one:

[X]   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

      The next postpetition payment from the debtor(s) is due on:    05/01/2024
                                                                     MM/DD/YYYY

[ ]   Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

      Creditor asserts that the total amount remaining unpaid as of the date of this response is:

      a. Total postpetition ongoing payments due:                                         (a) $_____
      b. Total fees, charges, expenses, escrow and costs outstanding:                    + (b) $_____
      c. Total. Add lines a and b.                                                         (c) $_____

      Creditor asserts that the debtor(s) are contractually
      obligated for the postpetition payment(s) that first became
      due on:
                                    MM/  DD/  YYYY

Form 4100R             Response to Notice of Final Cure Payment                  page 1

| Debtor 1 | Edward P. Mansur dba Ed Mansur Home Improvement | Case Number (if known) | 19-20017-GLT |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;
[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]   all amounts the creditor contends remain unpaid

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Michelle L. McGowan          Date  5/21/2024
   Signature

Print   Michelle L. McGowan                    Title  Authorized Agent
        First Name    Middle Name    Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   13010 Morris Rd., Suite 450
          Number    Street

          Alpharetta, GA   30004
          City    State    ZIP Code

Contact   470-321-7112                         Email   mimcgowan@raslg.com

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on __May 22, 2024__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Edward P. Mansur
610 Spruce Street
Canonsburg, PA 15317

And via electronic mail to:

Christopher M. Frye
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

                By: /s/ Long-Giang Nguyen
                Email: petnguyen@raslg.com