| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Edward P. Mansur<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9951<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–20017–GLT | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Edward P. Mansur
> dba Ed Mansur Home Improvement

6/10/24

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W     **Chapter 13 Discharge**     page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20017-GLT |
| Edward P. Mansur | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 10, 2024 | Form ID: 3180W | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward P. Mansur, 610 Spruce Street, Canonsburg, PA 15317-1057 |
| 14972759 | + | Advanced Orthopedic & Rehab, LLC, 100 Trich Drive Suite 2, Washington, PA 15301-5990 |
| 14972764 | | Borough of Cannonsburg, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14972775 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, 200 Civic Center Dr., 11th Fl, Columbus, OH 43215 |
| 14972767 | | Canonsburg General Hospital, PO Box 644921, Pittsburgh, PA 15264-4921 |
| 14972772 | | Citzens Bank, PO Box 18290, Bridgeport, CT 06601-3290 |
| 15080818 | + | Dept. of Labor & Industry Off of UC Ben Policy, 651 Boas Street, 6th Floor, Harrisburg PA 17121-0725 |
| 14972778 | | Dollar Bank, FSB, 3 Gateway Center, 11 East, Pittsburgh, PA 15222 |
| 14999118 | #+ | Dollar Bank, Federal Savings Bank, c/o Eric D. Rosenberg, Esquire, Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh, PA 15222-2305 |
| 14972779 | | First Niagara Bank, N.A., PO Box 28, Buffalo, NY 14240-0028 |
| 14972781 | | Greater Washington Radiology Inc., P. O. Box 182504, Columbus, OH 43218-2504 |
| 14972782 | | Home Depot, P.O. Box 689100, Des Moines, IA 50368-9100 |
| 14972783 | + | Jerome George DMD, 3307 Washington Road, Canonsburg, PA 15317-6400 |
| 14972785 | | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14972794 | | Quest Diagnostics, PO Box 71313, Philadelphia, PA 19176-1313 |
| 14972795 | #+ | Richard M. Squire & Associates, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| 14972798 | | Terminix, PO Box 742592, Cincinnati, OH 45274-2592 |
| 14972801 | | Washington County Tax Claim Bureau, 100 West Beau Street, Room 205, Washington, PA 15301-4483 |
| 14972800 | + | Washington County Tax Claim Bureau, 100 West Beau Street, Suite 205, Washington, PA 15301-4483 |
| 14972804 | + | Washington Hospital, 155 Wilson Avenue, Washington, PA 15301-3398 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jun 11 2024 14:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2024 11:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jun 11 2024 14:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2024 11:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |

Case 19-20017-GLT　Doc 109　Filed 06/12/24　Entered 06/13/24 00:28:39　Desc
Imaged Certificate of Notice　Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: 3180W | Total Noticed: 54 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 11 2024 11:11:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 11 2024 11:11:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14972760 | + | Email/Text: bncmail@w-legal.com | Jun 11 2024 11:11:00 | ALTAIR OH XIII, LLC, C/O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 14972761 | + | EDI: CITICORP | Jun 11 2024 14:33:00 | AT&T Universal, P.O. Box 6000, The Lakes, NV 89163-0001 |
| 14972762 | | EDI: CITICORP | Jun 11 2024 14:33:00 | AT&T Universal, P. O. Box 182564, Columbus, OH 43218-2564 |
| 14972763 | | EDI: BANKAMER2 | Jun 11 2024 14:33:00 | Bank of America, P.O. Box 15276, Wilmington, DE 19886-5726 |
| 14997102 | + | EDI: BANKAMER2 | Jun 11 2024 14:33:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15005864 | + | Email/Text: ebnjts@grblaw.com | Jun 11 2024 11:11:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14972768 | + | EDI: CAPITALONE.COM | Jun 11 2024 14:33:00 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15004835 | | Email/Text: BNCnotices@dcmservices.com | Jun 11 2024 11:11:00 | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14972771 | + | EDI: CITICORP | Jun 11 2024 14:33:00 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14972769 | + | EDI: CITICORP | Jun 11 2024 14:33:00 | Citi, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14972773 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 11 2024 11:11:00 | Collection Service Center, Inc., 839 5th Ave, New Kensington, PA 15068-6303 |
| 14972774 | ^ | MEBN | Jun 11 2024 11:11:56 | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 14972777 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 11 2024 11:11:00 | Department of Labor & Industry, Office of Chief Counsel, Tenth Floor -Labor and Industry Building, 651 Boas Street, Harrisburg, PA 17121-0725 |
| 14972780 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 11 2024 11:11:00 | First Niagara Bank, N.A., c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14984482 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2024 11:19:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14972784 | | EDI: SYNC | Jun 11 2024 14:33:00 | Lowes, P.O. Box 981064, El Paso, TX 79998-1064 |
| 14972786 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2024 11:11:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 14972787 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2024 11:11:00 | PNC Bank, PO Box 94982, Cleveland, OH 44101 |
| 14972788 | | EDI: PRA.COM | Jun 11 2024 14:33:00 | Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541 |
| 15006171 | | EDI: PRA.COM | Jun 11 2024 14:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14973378 | + | EDI: PRA.COM | Jun 11 2024 14:33:00 | PRA Receivables Management, LLC, PO Box |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: 3180W | Total Noticed: 54 |

| Recip ID | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | 41021, Norfolk, VA 23541-1021 |
| 14972792 | EDI: Q3G.COM | Jun 11 2024 14:33:00 | Quantum3 Group LLC as agent for, MOMA Funding, PO Box 788, Kirkland, WA 98083-0788 |
| 14972793 | EDI: Q3G.COM | Jun 11 2024 14:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15009545 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2024 11:11:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14972797 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2024 11:11:00 | Rushmore Loan Management Services, LLC, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14972796 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2024 11:11:00 | Rushmore Loan Management Services, LLC, Pob 52708, Irvine, CA 92619-2708 |
| 15004834 | Email/Text: BNCnotices@dcmservices.com | Jun 11 2024 11:11:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14972799 | + Email/Text: BankruptcyNotice@upmc.edu | Jun 11 2024 11:11:00 | UPMC Presbyterian, Quantum I Building/3rd floor, Distribution Room #386, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15013784 | + Email/Text: bankruptcy@firstenergycorp.com | Jun 11 2024 11:11:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 15257832 | + Email/Text: bkteam@selenefinance.com | Jun 11 2024 11:11:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Dollar Bank, Federal Savings Bank, c/o Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield St., Suite 800, Pittsburgh |
| cr | | Rushmore Loan Management Services as servicer for |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Wilmington Savings Fund Society, FSB,, Selene Finance LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 14972765 | * | Borough of Cannonsburg, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14972766 | * | Borough of Cannonsburg, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14972776 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |
| 14972770 | *+ | Citi, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14972789 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541 |
| 14972790 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541 |
| 14972791 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541 |
| 14972802 | * | Washington County Tax Claim Bureau, 100 West Beau Street, Room 205, Washington, PA 15301-4483 |
| 14972803 | * | Washington County Tax Claim Bureau, 100 West Beau Street, Room 205, Washington, PA 15301-4483 |

TOTAL: 2 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0315-2      User: auto      Page 4 of 4
Date Rcvd: Jun 10, 2024      Form ID: 3180W      Total Noticed: 54

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor Wilmington Savings Fund Society  FSB, bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher M. Frye | on behalf of Debtor Edward P. Mansur chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Rushmore Loan Management Services as servicer for Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com |
| Eric D. Rosenberg | on behalf of Creditor Dollar Bank  Federal Savings Bank erosenberg@metzlewis.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com |
| John R. O'Keefe, Jr. | on behalf of Creditor Dollar Bank  Federal Savings Bank jokeefe@metzlewis.com |
| Michelle L. McGowan | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor Wilmington Savings Fund Society  FSB, smncina@raslg.com |

TOTAL: 11