Case 19-20017-GLT    Doc 110    Filed 06/12/24    Entered 06/13/24 00:28:39    Desc
Imaged Certificate of Notice    Page 1 of 56/10/24 12:18 pm

CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
EDWARD P. MANSUR

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20017

Chapter 13

Related to Docket No. 101

## ORDER OF COURT

AND NOW, this __10th Day June, 2024__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

## ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20017-GLT |
| Edward P. Mansur | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 10, 2024 | Form ID: pdf900 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward P. Mansur, 610 Spruce Street, Canonsburg, PA 15317-1057 |
| 14972759 | + | Advanced Orthopedic & Rehab, LLC, 100 Trich Drive Suite 2, Washington, PA 15301-5990 |
| 14972764 | | Borough of Cannonsburg, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14972775 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, 200 Civic Center Dr., 11th Fl, Columbus, OH 43215 |
| 14972767 | | Canonsburg General Hospital, PO Box 644921, Pittsburgh, PA 15264-4921 |
| 14972772 | | Citzens Bank, PO Box 18290, Bridgeport, CT 06601-3290 |
| 15080818 | + | Dept. of Labor & Industry Off of UC Ben Policy, 651 Boas Street, 6th Floor, Harrisburg PA 17121-0725 |
| 14972778 | | Dollar Bank, FSB, 3 Gateway Center, 11 East, Pittsburgh, PA 15222 |
| 14999118 | #+ | Dollar Bank, Federal Savings Bank, c/o Eric D. Rosenberg, Esquire, Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh, PA 15222-2305 |
| 14972779 | | First Niagara Bank, N.A., PO Box 28, Buffalo, NY 14240-0028 |
| 14972781 | | Greater Washington Radiology Inc., P. O. Box 182504, Columbus, OH 43218-2504 |
| 14972782 | | Home Depot, P.O. Box 689100, Des Moines, IA 50368-9100 |
| 14972783 | + | Jerome George DMD, 3307 Washington Road, Canonsburg, PA 15317-6400 |
| 14972785 | | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14972794 | | Quest Diagnostics, PO Box 71313, Philadelphia, PA 19176-1313 |
| 14972795 | #+ | Richard M. Squire & Associates, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| 14972798 | | Terminix, PO Box 742592, Cincinnati, OH 45274-2592 |
| 14972801 | | Washington County Tax Claim Bureau, 100 West Beau Street, Room 205, Washington, PA 15301-4483 |
| 14972800 | + | Washington County Tax Claim Bureau, 100 West Beau Street, Suite 205, Washington, PA 15301-4483 |
| 14972804 | + | Washington Hospital, 155 Wilson Avenue, Washington, PA 15301-3398 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 11 2024 11:11:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 11 2024 11:11:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14972760 | + | Email/Text: bncmail@w-legal.com | Jun 11 2024 11:11:00 | ALTAIR OH XIII, LLC, C/O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 14972761 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 11:18:54 | AT&T Universal, P.O. Box 6000, The Lakes, NV 89163-0001 |
| 14972762 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 19-20017-GLT    Doc 110    Filed 06/12/24    Entered 06/13/24 00:28:39    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: pdf900 | Total Noticed: 52 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 11 2024 11:19:11 | AT&T Universal, P. O. Box 182564, Columbus, OH 43218-2564 |
| 14972763 | | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 11 2024 11:11:00 | Bank of America, P.O. Box 15276, Wilmington, DE 19886-5726 |
| 14997102 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 11 2024 11:11:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15005864 | + | Email/Text: ebnjts@grblaw.com | Jun 11 2024 11:11:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14972768 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 11:18:49 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15004835 | | Email/Text: BNCnotices@dcmservices.com | Jun 11 2024 11:11:00 | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14972771 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 11:19:10 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14972769 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 11:19:02 | Citi, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14972773 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 11 2024 11:11:00 | Collection Service Center, Inc., 839 5th Ave, New Kensington, PA 15068-6303 |
| 14972774 | ^ | MEBN | Jun 11 2024 11:11:59 | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 14972777 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 11 2024 11:11:00 | Department of Labor & Industry, Office of Chief Counsel, Tenth Floor -Labor and Industry Building, 651 Boas Street, Harrisburg, PA 17121-0725 |
| 14972780 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 11 2024 11:11:00 | First Niagara Bank, N.A., c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14984482 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2024 11:18:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14972784 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 11:19:08 | Lowes, P.O. Box 981064, El Paso, TX 79998-1064 |
| 14972786 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2024 11:11:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 14972787 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2024 11:11:00 | PNC Bank, PO Box 94982, Cleveland, OH 44101 |
| 14972788 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2024 11:19:00 | Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541 |
| 15006171 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2024 11:19:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14973378 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2024 11:29:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14972792 | | Email/Text: bnc-quantum@quantum3group.com | Jun 11 2024 11:11:00 | Quantum3 Group LLC as agent for, MOMA Funding, PO Box 788, Kirkland, WA 98083-0788 |
| 14972793 | | Email/Text: bnc-quantum@quantum3group.com | Jun 11 2024 11:11:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15009545 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2024 11:11:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14972797 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2024 11:11:00 | Rushmore Loan Management Services, LLC, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14972796 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2024 11:11:00 | Rushmore Loan Management Services, LLC, Pob 52708, Irvine, CA 92619-2708 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: pdf900 | Total Noticed: 52 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 15004834 | Email/Text: BNCnotices@dcmservices.com | Jun 11 2024 11:11:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14972799 | + Email/Text: BankruptcyNotice@upmc.edu | Jun 11 2024 11:11:00 | UPMC Presbyterian, Quantum I Building/3rd floor, Distribution Room #386, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15013784 | + Email/Text: bankruptcy@firstenergycorp.com | Jun 11 2024 11:11:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 15257832 | + Email/Text: bkteam@selenefinance.com | Jun 11 2024 11:11:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Dollar Bank, Federal Savings Bank, c/o Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield St., Suite 800, Pittsburgh |
| cr | | Rushmore Loan Management Services as servicer for |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Wilmington Savings Fund Society, FSB,, Selene Finance LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 14972765 | * | Borough of Cannonsburg, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14972766 | * | Borough of Cannonsburg, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14972776 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |
| 14972770 | *+ | Citi, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14972789 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541 |
| 14972790 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541 |
| 14972791 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541 |
| 14972802 | * | Washington County Tax Claim Bureau, 100 West Beau Street, Room 205, Washington, PA 15301-4483 |
| 14972803 | * | Washington County Tax Claim Bureau, 100 West Beau Street, Room 205, Washington, PA 15301-4483 |

TOTAL: 2 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jun 10, 2024 | Form ID: pdf900 | Total Noticed: 52 |

Charles Griffin Wohlrab
    on behalf of Creditor Wilmington Savings Fund Society FSB, bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Christopher M. Frye
    on behalf of Debtor Edward P. Mansur chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Denise Carlon
    on behalf of Creditor Rushmore Loan Management Services as servicer for Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com

Eric D. Rosenberg
    on behalf of Creditor Dollar Bank Federal Savings Bank erosenberg@metzlewis.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com

John R. O'Keefe, Jr.
    on behalf of Creditor Dollar Bank Federal Savings Bank jokeefe@metzlewis.com

Michelle L. McGowan
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor Wilmington Savings Fund Society FSB, smncina@raslg.com

TOTAL: 11